Tuesday,
May 7.

JOHNSON, Assignee, *v.* COLLINS and Another.

IN a suit by the assignee of an obligation for the payment of money against the obligor, the defendant, under the plea of payment with a set-off, proved payments to the obligee before the assignment to an amount exceeding the obligation: *Held*, that the defendant could not have a verdict for the overplus; such payments affecting the assignee no further than to bar his recovery.